# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * * * * * * * * * *
                                    *
RICHARD HAKA,                       *
                                    *
            Plaintiff,              *
                                    *        No. 11-229C
      v.                            *
                                    *        (Filed: November 5, 2012)
THE UNITED STATES,                  *
                                    *
            Defendant.              *
                                    *
* * * * * * * * * * * * * * * * * * * * * * * * *
```

## ORDER

On March 20, 2012, the Court entered an Opinion in this case granting defendant's Motion to Dismiss for Lack of Subject-matter Jurisdiction, and a Judgment dismissing plaintiff's Complaint. On May 10, 2012, the Court entered an Order denying plaintiff's April 11, 2012 Motion for Reconsideration. Since May 10, 2012, plaintiff has attempted to file numerous documents in this case with the Court that are not authorized by the Rules of the United States Court of Federal Claims.

**It is hereby ORDERED:**

Plaintiff is prohibited from submitting any documents in this case that are not expressly authorized by the Rules of the United States Court of Federal Claims. The Clerk shall return any unauthorized submissions to plaintiff, unfiled.

_____
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims